Name: MICHAEL M WARD
Street Address: 1222 SCENIC WAY
City and County: REDDING, SHASTA COUNTY
State and Zip Code: CA, 96001
Telephone Number: (530) 232-7021

**FILED**
DEC 09 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Michael M Ward

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

County of Sacramento Department of Health and Human Services

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 2:22 CV 2195 - DAD JDP PS
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes   ☐ No
*(check one)*

**I.  The Parties to This Complaint**

**A.  The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Michael M. Ward
Street Address: 1222 Scenic Way
City and County: Redding, Shasta County
State and Zip Code: California, 96001
Telephone Number: (530) 232-7021

**B.  The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: Megan Daniels
Job or Title (if known): CPS Social Worker
Street Address: 8045 Watt Ave
City and County: North Highlands, Sacramento County
State and Zip Code: California, 95660
Telephone Number: (916) 875-5437

Defendant No. 2

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:

2

Defendant No. 3

    Name                           _____

    Job or Title
    (if known)                  _____

    Street Address         _____

    City and County       _____

    State and Zip Code   _____

    Telephone Number    _____

Defendant No. 4

    Name                           _____

    Job or Title
    (if known)                  _____

    Street Address         _____

    City and County       _____

    State and Zip Code   _____

    Telephone Number    _____

**II.**     **Basis for Jurisdiction**

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

       ☑ Federal question                     ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.  If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

FOURTH AMENDMENT, 18 U.S. CODE § 2511
TITLE 18. U.S.C SECTION 241, TITLE 11 of the ADA
TITLE 18 U.S.C. SECTION 242                    Section
TITLE 42. U.S.C. SECTION 14141                 504 of the Rehabilitation Act of 1973.

**B.  If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

    The plaintiff, *(name)* MICHAEL M WARD is a citizen of the State of *(name)* CALIFORNIA.

    b.  If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

b. If the defendant is a corporation

The defendant, *(name)* MEGAN DANIELS, is incorporated under the laws of the State of *(name)* CALIFORNIA, and has its principal place of business in the State of *(name)* CALIFORNIA. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

DEFENDANT HAS VIOLATED U.S. CONSTITUTIONAL LAWS ON NUMEROUS COUNTS, AND CIVIL RIGHTS VIOLATIONS DEPRIVING PARENT RIGHT TO PARENTS DEPRIVING PLAINTIFF OF CIVIL RIGHTS UNDER "COLOR OF LAW"

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. OF DOCUMENTS, 8 U.S. CODE § 1324c FALSIFICATION 4th AMENDMENT - MEANING MEGAN DANIELS IS LIMITED IN DUTIES NOT AS A POLICE OFFICER, SHE VIOLATED U.S. CONSTITUTIONAL CODE 2511 - INTERCEPTION, AN DISCLOSURE OF ELECTRONIC COMMUNICATION AND DISCLOSED IT IN COURT WITHOUT A WARRANT, OR PERMISSION. VIOLATING 42 U.S. CODE § 1320d-6. DISCLOSING SOMEONE ELSES MEDICAL INFORMATION IN COURT WRONGFULLY. WHICH TIES INTO PATTERN AN PRACTICE TITLE 42 U.S.C. SECTION 14141 THAT DEPRIVES ME OF MY RIGHT TO CUSTODY OF MY CHILDREN IN JUVENILE PROCEEDINGS. DUE TO CONSPIRACY AGAINST MY RIGHTS. USING MY DISABILITIES TO DEEM ME UNFIT TO PARENT. VIOLATING TITLE II of the ADA COMMITTING PERJURY SECTION SECTION 504 1746 of title 28

5

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I AM Claiming, PAIN, AND Suffering which is occurring till this present Day, I have been out of my kids lives, due to Child protective services social worker desperation in legally kidnapping my children, by violating federal laws to obtain Title IV-D funding. My damages she has caused to my children and I exceed far beyond $75,000.00

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: DEC 1ST, 2022

Signature of Plaintiff: Michael M. Ward
Printed Name of Plaintiff: Michael M. Ward

6