## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**MICHAEL M. WARD,**

v.

**COUNTY OF SACRAMENTO DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL.,**

**JUDGMENT IN A CIVIL CASE**

CASE NO: **2:22–CV–02195–DAD–JDP**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 11/08/2024**

**Keith Holland**
Clerk of Court

ENTERED: **November 8, 2024**

by: /s/ K. Lopez
Deputy Clerk